**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2536**

———————

WILLIAM LEE RICHARDSON, JR.,

Plaintiff - Appellant,

versus

BROAD LANE, INCORPORATED; STEVEN RHOTON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CA-99-84-3)

———————

Submitted:  January 20, 2000          Decided:  January 28, 2000

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Lee Richardson, Jr., Appellant Pro Se.  Michael Douglas Lorensen, BOWLES, RICE, MCDAVID, GRAFF & LOVE, P.L.L.C., Martinsburg, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., appeals the district court's order granting Defendants' motion to dismiss his complaint in which he alleged that Defendants made defamatory statements and violated his Fourth Amendment rights. We have reviewed Richardson's complaint and find no reversible error in the district court's ruling that Richardson's claims are not justiciable. Accordingly, we affirm the district court's order dismissing Richardson's complaint. See Richardson v. Broad Lane, Inc., No. CA-99-84-3 (N.D.W. Va. Nov. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED